# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Missael Antonio Ruiz-Parra**<br>DOB: 2002; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-07534MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 18, 2021, in the District of Arizona, **Missael Antonio Ruiz-Parra** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 11,000 rounds of TulAmmo 7.62x39mm caliber ammunition and 5,000 rounds of Wolf 7.62x39mm caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 18, 2021, **Missael Antonio Ruiz-Parra** attempted to exit the United States and enter the Republic of Mexico through the Port of Entry in Nogales, Arizona, in a vehicle of which he was the driver and sole occupant. Customs and Border Protection officers discovered ammunition – specifically, 11,000 rounds of TulAmmo 7.62x39mm caliber ammunition and 5,000 rounds of Wolf 7.62x39mm caliber ammunition – concealed within the spare tire compartment and engine compartment of the vehicle **Ruiz-Parra** was driving.

After being advised of and waiving his *Miranda* rights, **Ruiz-Parra** stated to officers that he was driving the vehicle into Mexico at the direction of another individual, and that he knew there was contraband hidden in the vehicle he believed was likely firearms, ammunition, or currency. **Ruiz-Parra** planned to drive the vehicle to a location in Mexico where he would leave it for another individual to pick up, and he expected to be paid $1,300 to do so.

The ammunition that **Ruiz-Parra** smuggled and intended to export to Mexico is designated on the United States Commerce Control List as prohibited by law for export from the United States into Mexico without a valid license. Neither **Ruiz-Parra** nor any other individual involved in the attempted export of the ammunition had a license or any other lawful authority to export it from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED | SIGNATURE OF COMPLAINANT |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>ANGELA WOOLRIDGE<br>Digitally signed by ANGELA WOOLRIDGE<br>Date: 2021.12.19 20:31:01 -07'00'<br>AUTHORIZED AUSA *Angela W. Woolridge* | DEVIN M TAYLOR<br>Digitally signed by DEVIN M TAYLOR<br>Date: 2021.12.19 22:44:22 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Devin M. Taylor |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE |
|---|---|
| *Jacqueline M. Rateau* | December 20, 2021 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54